# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | E 2136992 | HALTON | 313 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 02/20/2025 0010 | MTA 21-901.2(2)(5)(6) |

**Place of Offense:** PORTER Street

**Offense Description; Factual Basis for Charge:** Aggressive driving by committing, at the same time or in a continuous period, 3 or more of the following violations: (2) overtaking and passing vehicles; (5) following too closely; (6) failure to yield right of way
§ 2. MTA 21-303; 5. MTA 21-310; 6. MTA 21-403

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Perry | Scot | C. |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 7CE2170 | MD | 16 | RAM/1500 | | Grey |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 370 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ 460 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| 1520 Freedman Drive Fort Detrick, MD 21702 | TBD | TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signed]

Original - CVB Copy

*E2136992*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on FEB 20, 2025 while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☒ my personal observation      ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/20/2025  [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident